1  GARY M. RESTAINO
   United States Attorney
2  District of Arizona
   ANNA WRIGHT
3  Assistant U.S. Attorney
   United States Courthouse
4  405 W. Congress Street, Suite 4800
   Tucson, Arizona 85701
5  Telephone: 520-620-7300
   Email: anna.wright@usdoj.gov
6  Attorneys for Plaintiff

FILED
2022 JUL -6 PM 3: 46
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA

7              IN THE UNITED STATES DISTRICT COURT

8                    FOR THE DISTRICT OF ARIZONA

9   United States of America,              CR22-01482 TUC-JAS(JR)
10
11              Plaintiff,                  I N D I C T M E N T
12                                          Violations:
       vs.                                     21 U.S.C. § 846
13                                              (Conspiracy to Possess with Intent to
                                                Distribute Fentanyl and
14  Amanda Jean Grieser,                        Methamphetamine)
                                                Count 1
15
                Defendant.                     21 U.S.C. §§ 841(a)(1) and
16                                              841(b)(1)(A)(vi)
                                                (Possession with Intent to Distribute
17                                              Fentanyl)
                                                Count 2
18
                                               21 U.S.C. §§ 841(a)(1) and
19                                              841(b)(1)(A)(viii)
                                                (Possession with Intent to Distribute
20                                              Methamphetamine)
                                                Count 3
21
                                               21 U.S.C. § 963
22                                              (Conspiracy to Import
                                                Fentanyl and Methamphetamine)
23                                              Count 4

24                                             21 U.S.C. § 952(a) and §§ 960(a)(1)
                                                and 960(b)(1)(F)
25                                              (Importation of Fentanyl)
                                                Count 5
26
                                               21 U.S.C. § 952(a) and §§ 960(a)(1)
27                                              and 960(b)(1)(H)
                                                (Importation of Methamphetamine)
28                                              Count 6

THE GRAND JURY CHARGES:

## COUNT 1

Beginning at a time unknown, to on or about June 8, 2022, in the District of Arizona, AMANDA JEAN GRIESER did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the grand jury, to possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi); and 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about June 8, 2022, in the District of Arizona, AMANDA JEAN GRIESER did knowingly and intentionally possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi).

## COUNT 3

On or about June 8, 2022, in the District of Arizona, AMANDA JEAN GRIESER did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii).

## COUNT 4

Beginning at a time unknown, to on or about June 8, 2022, in the District of Arizona, AMANDA JEAN GRIESER did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the Grand Jury, to import into

the United States from the Republic of Mexico 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(1)(F); and 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(1)(H).

All in violation of Title 21, United States Code, Section 963.

## COUNT 5

On or about June 8, 2022, in the District of Arizona, AMANDA JEAN GRIESER did knowingly and intentionally import into the United States from the Republic of Mexico 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(1)(F).

## COUNT 6

On or about June 8, 2022, in the District of Arizona, AMANDA JEAN GRIESER did knowingly and intentionally import into the United States from the Republic of Mexico 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(1)(H).

A TRUE BILL

/ S /

FOREPERSON OF THE GRAND JURY
Date:  July 6, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/ S /

ANNA WRIGHT
Assistant U.S. Attorney