1  JON M. SANDS
Federal Public Defender
2  **BENJAMIN D. SINGERMAN**
Assistant Federal Public Defender
3  California State Bar No. 242725
407 W. Congress St., Suite 501
4  Tucson, AZ  85701
Telephone:  (520) 879-7500
5  *ben_singerman@fd.org*
Attorney for Defendant
6

7                    IN THE UNITED STATES DISTRICT COURT

8                        FOR THE DISTRICT OF ARIZONA

9

| United States of America, | CR22-01482-TUC-JAS (JR) |
|---|---|
| Plaintiff, | **MOTION TO CONTINUE ADMIT/DENY HEARING** |
| vs. | (First Request) |
| Amanda Jean Grieser. | |
| Defendant. | |

15        Defendant, Amanda Jean Grieser, through counsel, requests a **two week**

16  continuance of the Admit/Deny hearing currently set for July 14, 2022, at 10:20 AM before

17  Magistrate Judge Jacqueline M. Rateau. This request is made for the following reason(s):

18        1.  Counsel is scheduled to be out of the office on July 13, 2022, through July 15,
              2022;
19

20        2.  Assistant United States Attorney Anna R. Wright has been contacted and does
              not oppose this request.
21

22        RESPECTFULLY SUBMITTED this 7th day of July 2022.

23                                        JON M. SANDS
                                          Federal Public Defender
24
                                          */s/ Benjamin D. Singerman.*
25                                        BENJAMIN D. SINGERMAN
                                          Assistant Federal Public Defender
26

27

28

                                       1