GARY M. RESTAINO
United States Attorney
District of Arizona
Josh Ackerman
Assistant U.S. Attorney
State Bar No. 020088
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Josh.Ackerman@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> vs. <br><br> Amanda Jean Grieser, <br><br> Defendant. | CR22-01482-JAS-JR <br><br> NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL |

The United States of America, by and through its undersigned attorneys, gives notice that Josh Ackerman files his appearance as counsel for the United States of America in the above-captioned matter, in place of Anna Wright.

Respectfully submitted this 30th day of September, 2022.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/Josh Ackerman*

Josh Ackerman
Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 30th day of September, 2022, to:

to all ECF recipients.